IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>STEVE PAUL GARCIA,<br><br>               Defendant. | CASE NO. 1:25-MJ-00094-BAM<br><br>**ORDER UNSEALING COMPLAINT** |

    The United States, having arrested the defendant, Steve Paul Garcia, on a complaint and arrest warrant and the need for sealing the complaint has ceased;

    IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Steve Paul Garcia.

Dated:    8/28/25

_B. McAuliffe_
Hon. Barbara A. McAuliffe
United States Magistrate Judge

1